M. W. Douglas et al., copartners, trading as Douglas Products Company, appellees, v. Louis Meyer, appellant. Gen. No. 29,787.

Action by tenant against landlord to recover for damage to merchandise from flooding of basement caused by clogged drains and down spouts. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925.

Charles J. Mueller, for appellant. A. S. and E. W. Froehlich, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Burge Machine Works, appellee, v. S. Rugendorf, appellant. Gen. No. 29,836.

Action to recover balance due on contract for installing refrigerator in defendant's meat shop. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 9, 1925. Rehearing denied March 23, 1925.

Shulman, Shulman & Abrams, for appellant. Alden, Latham & Young, for appellee; Charles Martin, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

William Harry Brown, trading as Argo-Summit Dairy, appellee, v. Bowman Dairy Company, appellant. Gen. No. 29,867.

Action to recover damage to plaintiff's truck in collision with defendant's truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and judgment of nil capiat. Opinion filed March 9, 1925. Rehearing denied March 31, 1925.

F. J. Canty, for appellant; Max F. Allaben, of counsel. Alice Hurt Thompson, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Arthur Ritz, appellee, v. Western & Southern Life Insurance Company, appellant. Gen. No. 29,888.

Action on life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 9, 1925.

Hoyne, O'Connor & Rubinkam, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.